UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONEY A. WHITE,<br><br>　　　　　　Plaintiff<br><br>　v.<br><br>AARON D. FORD, et al.,<br><br>　　　　　　Defendants | Case No. 2:24-cv-01523-GMN-BNW<br><br>**ORDER** |

　　　　On April 4, 2025, the Court screened Plaintiff's complaint under 42 U.S.C. § 1983. (ECF No. 3.) The Court dismissed the complaint without prejudice and with leave to amend within 30 days. (*Id.*) Plaintiff has now filed a motion requesting an additional sixty days to file an amended complaint. (ECF No. 5.) In his motion, Plaintiff states that he has also been directing to file an amended complaint in a different case and that he is not able to file both amended complaints under the current deadlines. The Court grants Plaintiff's motion.  Plaintiff shall file any amended complaint on or before **July 4, 2025**. Absent unusual circumstances, the Court does not anticipate granting any further requests for an extension.

　　　　Accordingly, **IT IS HEREBY ORDERED** that the deadline for Plaintiff to file an amended complaint is extended to **July 4, 2025**.

　　　　**IT IS FURTHER ORDERED** that pursuant to the Court's screening order, if Plaintiff fails to file an amended complaint by that extended deadline, this case will be subject to dismissal.

　　　　DATED THIS 25  day of April 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE