**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Toney A. White, | Case No. 2:24-cv-01523-GMN-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Julie Williams, et al., | |
| Defendants. | |

The Court screened Plaintiff's first amended complaint, found certain colorable claims, and dismissed other claims with leave to amend by October 20, 2025. (*See* ECF No. 9.) Plaintiff has filed a motion to extend the amended complaint deadline by 14 days. (ECF No. 10.) This motion is granted, and the new deadline for Plaintiff to file an optional second amended complaint is **November 3, 2025**.

IT IS THEREFORE ORDERED that Plaintiff's motion for an extension of time (ECF No. ECF No. 10) is GRANTED.

IT IS FURTHER ORDERED that on or before **November 3, 2025**, Plaintiff may file an optional second amended complaint. Plaintiff is reminded that any second amended complaint will be screened in a separate screening order, and the screening process may take many months.

IT IS FURTHER ORDERED that, if Plaintiff chooses not to file a second amended complaint, this action will proceed immediately on the First Amendment mail-interference claims and First Amendment retaliation claims set out in the screening order. (*See* ECF No. 9 at 16–17, 19.)

DATED: October 15, 2025.

Brenda Weksler
United States Magistrate Judge