UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| Toney A. White, | Case No. 2:24-cv-01523-GMN-BNW |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Julie Williams, et al., | |
| Defendants. | |

Plaintiff Toney A. White filed this *pro se* civil-rights case under 42 U.S.C. § 1983. The Court screened Plaintiff's first amended complaint, found certain colorable claims, and dismissed other claims with leave to amend. (ECF No. 9.) On October 20, 2025, Plaintiff filed a second amended complaint, but on the signature page, there is a typed "/s/" rather than a handwritten signature. (*See* ECF No. 12 at 24.) Because Plaintiff is representing himself, he must personally affix a handwritten signature on every filing he submits to the Court. *See* Fed. R. Civ. P. 11(a); *Becker v. Montgomery*, 532 U.S. 757, 764 (holding that Rule 11(a) requires a handwritten signature or mark). If Plaintiff does not promptly correct this omission, then the Court will be required to strike the unsigned second amended complaint. *See* Fed. R. Civ. P. 11(a).

IT IS THEREFORE ORDERED that Plaintiff must sign and return the second amended complaint by **November 24, 2025**.

IT IS FURTHER ORDERED that Plaintiff's failure to comply with this order will result in the Court striking the second amended complaint and this case proceeding on the colorable claims found in the first amended complaint.

The Clerk of Court is kindly directed to send Plaintiff a courtesy copy of the unsigned second amended complaint. (ECF No. 12.)

DATED: October 24, 2025.

Brenda Weksler
United States Magistrate Judge